# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2023

## NO. 03-22-00499-CV

**Dyanne Stengel, Appellant**

**v.**

**Cheryl Durant Barnes, Appellee**

**APPEAL FROM COUNTY COURT OF LLANO COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that Dyanne Stengel has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.